# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

-vs-                                                             **Case No. C-3-07-169**

**BANK OF AMERICA**
**ACCOUNT NO. ******9409 IN THE**
**NAME OF DAVID P. STONE,**

       **Defendant.**

## ORDER LIFTING STAY AND REACTIVATING CASE ON THE COURTS DOCKET

On August 16, 2007, the Court stayed the above captioned case pending completion of the related criminal investigation and prosecution. The Governments status report filed November 14, 2007, (Doc. 17) indicates the criminal prosecution is complete. Therefore, IT IS ORDERED that the stay be lifted and this case is reactivated upon the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this 27 <sup>th</sup> day of November, 2007.

                                                    **s/Thomas M. Rose**
                                                  THOMAS M. ROSE, JUDGE
                                                  UNITED STATES DISTRICT COURT